

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 26 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Andre E. Schaefers
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

P.O. mitchell # 4689
P.O. Demirovic # 15664

1:18-cv-08470
Judge Andrea R. Wood
Magistrate Judge Jeffrey T. Gilbert
PC11

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
   28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Andre Schaefers

B. List all aliases: NONE

C. Prisoner identification number: 20180627133

D. Place of present confinement: Cook County Jail

E. Address: 2650 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: P.O. Mitchell # 4689

Title: Detective

Place of Employment: Chicago Police Department District 003

B. Defendant: P.O. Demirovic # 15664

Title: Detective

Place of Employment: Chicago Police Department District 003

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: NONE

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

    D. List all defendants: NONE

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 26, 2018 at 11:46am I Andre Schaefers was the Rear Driver Side passenger when Chicago Police Officers conducted a Traffic Stop on 7305 S. Vernon Ave Chicago IL, 60619. P.O. mitchell #4689 Approached the Driver Side of the vehicle and Requested the Driver's License and Insurance, As P.O. mitchell #4689 Inspected the Driver's Identification I observed P.O. Brogsdale #5508 open the Rear passenger Side Door And Recover a Hand gun from under Amord Schaeffer leg P.O. Brogsdale #5508 Indicated I Andre Schaefers Had a gun also. "P.O. Brogsdale #5508 Instructed." P.O. mitchell #4689" Leaned Inside the Car And Patted me Down, Said I was Clean, Told me to Step out the Car And I Followed His orders P.O. Demirovic #15664 Tackled me to the ground. P.O. Demirovic #15664 Procedded to Put His Knee on the Back of my Neck. While I Andre Schaefers Scream I'm not Resisting and I Don't Have a gun.

4                                                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

P.O. Demirovic #15664 Put my Left Arm In Hand Cuffs, As P.O. Mitchell #4689 Began to Lift my Head and Started Punching me IN the face With a Closed Fist. P.O. Demirovic #15664 was on Top me Punching me with a Closed Fist and the Face as P.O. mitchell #4689 Pulled my Right Arm From under my Body and Kicked my Arm IN with His Feet P.O. Demirovic Continued to punch me. I was Immediately transported By Ambulance #22 to The UNIvesity of Chicago I was treated By M.D Chiristine A. Babcock For a Right Elbow Sprain there was Viedo and Photograph taken of this whole Incident

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

disciplinARy Action towards each offices that Participated, two million dollars

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this December day of 6 , 20 18

Andre Schaefers
(Signature of plaintiff or plaintiffs)

AndRE SchaefeRS
(Print name)

20180627133
(I.D. Number)

2450 S. CaliforNia
4416 N Clifton Apt 2w 60640

(Address)